UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHIMSA WICKREMATUNGE,<br><br>Plaintiff,<br><br>v.<br><br>NANDASENA GOTABAYA RAJAPAKSA,<br><br>Defendant. | Case No. CV 19-02577-R (RAOx)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On October 17, 2019, the Court granted Defendant's Motion to Dismiss. Dkt. No. 70. On February 27, 2020, the Ninth Circuit issued an order granting Plaintiff's motion to dismiss the appeal as moot and "remand[ing] to the district court with instructions to vacate its order entered October 21, 2019, and to dismiss the case without prejudice." Dkt. No. 74. The mandate issued on March 20, 2020. Dkt. No. 75.

Pursuant to the Ninth Circuit's February 27, 2020 order, IT IS ORDERED that this Court's October 17, 2019 order, entered on October 21, 2019, is HEREBY VACATED, and this action is DISMISSED WITHOUT PREJUDICE.

DATED: April 8, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE