# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHIMSA WICKREMATUNGE,<br>Plaintiff,<br>v.<br>NANDASENA GOTABAYA RAJAPAKSA,<br>Defendant. | Case No. CV 19-02577-R (RAOx)<br><br>JUDGMENT |

Pursuant to the Ninth Circuit's February 27, 2020 order, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED: April 8, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE